## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Anibeth Bravo

     Plaintiff,

v.

TIKTOK, INC., et al.

     Defendant.

Case No.: 1:23–cv–00225
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 19, 2025:

   MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation of Dismissal and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure [15], this case is dismissed with prejudice. MDL member case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.